Kelly H. Dove, NV Bar 10569
SNELL & WILMER L.L.P.
3883 Howard Hughes Parkway, Suite 1100
Las Vegas, Nevada 89169
Telephone: 702.784.5200
Facsimile: 702.784.5252
Email: kdove@swlaw.com

Kiah D. Beverly-Graham, NV Bar 11916
SNELL & WILMER L.L.P.
50 West Liberty Street, Suite 510
Reno, Nevada 89501-1961
Telephone: 775.785.5440
Facsimile: 775.785.5441
Email: kbeverly@swlaw.com
*Attorneys for Defendant*
*Ford Motor Credit Company LLC*

**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

| | |
|---|---|
| THOMAS K. KNIGHT,<br><br>Plaintiff,<br><br>vs.<br><br>FORD MOTOR CREDIT COMPANY, LLC,<br><br>Defendant. | Case No. 3:19-cv-00708-RCJ-WGC<br><br>**STIPULATION AND ORDER TO EXTEND DEADLINE TO RESPOND TO COMPLAINT TO JANUARY 23, 2020**<br><br>**(SECOND REQUEST)** |

Pursuant to Local Rule 7-1, Plaintiff Thomas K. Knight ("Plaintiff") and Defendant Ford Motor Credit Company LLC ("FMCC", and together with Plaintiff, the "Parties"), by and through their respective undersigned counsel of record, submit this Stipulation and Proposed Order.

Plaintiff filed a Complaint (the "Complaint") in this Court on November 26, 2019;

FMCC was served with the Complaint on December 12, 2019;

FMCC's deadline to respond to the Complaint is currently January 2, 2020;

The Parties requested and were granted an extension through January 16, 2020; and

- 1 -

4847-7233-7329

This is the Parties' second request for an extension of time to respond to the Complaint and is not intended to cause any delay or prejudice to any party. The reason for the extension is to give FMCC additional time to evaluate and respond to the allegations set forth in the Complaint.

IT IS HEREBY STIPULATED AND AGREED by and between the Parties that the time for FMCC to respond to the Complaint in this action is extended to and through January 23, 2020.

| Dated: January 15, 2020 | Dated: January 15, 2020 |
|---|---|
| LAW OFFICES OF NICHOLAS M. WAJDA, ESQ. | SNELL & WILMER L.L.P. |
| /s/ Nicholas M. Wajda<br>Nicholas M. Wajda, NV Bar No. 11480<br>871 Coronado Center Drive, Suite 200<br>Henderson, NV 89052<br>Email: nick@wajdalawgroup.com<br><br>*Attorneys for Plaintiff* | /s/ Kiah D. Beverly-Graham<br>Kelly H. Dove, NV Bar 10569<br>Kiah D. Beverly-Graham, NV Bar 11916<br>50 West Liberty Street, Suite 510<br>Reno, NV 89501-1961<br>Email: kdove@swlaw.com<br>Email: kbeverly@swlaw.com<br><br>*Attorneys for Defendant*<br>*Ford Motor Credit Company LLC* |

**ORDER**

IT IS SO ORDERED.

_William G. Cobb_____
UNITED STATES MAGISTRATE JUDGE

DATED: January 16, 2020

4847-7233-7329