UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA

THOMAS K. KNIGHT,

        Plaintiff(s),

vs.

FORD MOTOR CREDIT COMPANY, LLC,

        Defendant(s).

3:19−cv−00708−RCJ−WGC

August 2, 2021

NOTICE REGARDING INTENT TO DISMISS FOR WANT OF PROSECUTION
PURSUANT TO LOCAL RULE 41−1

To:  Thomas K. Knight

Local Rule 41-1 provides as follows:

> "All civil actions that have been pending in this court for more than 270 days without any proceeding of record having been taken may, after notice, be dismissed for want of prosecution by the court sua sponte or on the motion of an attorney or pro se party."

Be advised the official record in this action reflects that this case has been pending for more than 270 days without any proceeding having been taken during such period.

If no action is taken in this case by **09/01/2021**, the court shall enter an order of dismissal for want of prosecution.

                          DEBRA K. KEMPI, CLERK

                          By:  /s/ Lesa Ettinger

                               Deputy Clerk