**SULAIMAN LAW GROUP**
Marwan R. Daher (Admitted Pro Hac Vice)
2500 South Highland Avenue
Suite 200
Lombard, Illinois 60148
Telephone: 630-575-8181
Facsimile: 630-575-8188
E-Mail: mdaher@sulaimanlaw.com
*Attorney for the Plaintiff*

**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| | |
|---|---|
| THOMAS K. KNIGHT, <br><br> Plaintiff, <br><br> v. <br><br> FORD MOTOR CREDIT COMPANY, LLC, <br><br> Defendant. | **Case No.** 3:19-cv-00708 |

**NOTICE OF SETTLEMENT**

PLEASE TAKE NOTICE that THOMAS K. KNIGHT ("Plaintiff") and FORD MOTOR CREDIT COMPANY, LLC ("Defendant"), hereby notify the Court the parties have reached settlement, and are in the process of completing the settlement agreement and filing dismissal papers. The parties anticipate filing dismissal papers within 45 days.

1

| | | |
|---|---|---|
| 1 | DATED: September 1, 2021 | Respectfully submitted, |
| 2 | | |
| 3 | | **THOMAS K. KNIGHT**<br>By: */s/ Marwan R. Daher* |
| 4 | | |
| 5 | | Marwan R. Daher (Admitted Pro Hac Vice) |
| 6 | | 2500 South Highland Avenue<br>Suite 200 |
| 7 | | Lombard, Illinois 60148 |
| 8 | | Telephone: 630-575-8181<br>Facsimile: 630-575-8188 |
| 9 | | E-Mail: mdaher@sulaimanlaw.com |
| 10 | | *Attorney for the Plaintiff* |

2

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system, which will be sent to all attorneys of record.

*/s/ Marwan R. Daher*
Marwan R. Daher, Esq