SULAIMAN LAW GROUP
Marwan R. Daher (Admitted Pro Hac Vice)
2500 S Highland Ave, Suite 200
Lombard, IL 60148
Telephone: (630) 575-8181
mdaher@sulaimanlaw.com
*Counsel for Plaintiff*

**UNITED STATES DISTRICT COURT
DISTRICT OF NEVADA**

| | |
|---|---|
| THOMAS K. KNIGHT, | Case No. 3:19-cv-00708 |
| Plaintiff, | |
| v. | **STIPULATION FOR DISMISSAL** |
| FORD MOTOR CREDIT COMPANY, LLC, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, THOMAS K. KNIGHT, and the Defendant, FORD MOTOR CREDIT COMPANY, LLC, through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

DATED: October 18, 2021                    Respectfully submitted,

**THOMAS K. KNIGHT**                       *s/ Kelly H. Dove*
*By: /s/ Marwan R. Daher*                  Kelly H. Dove, NV Bar 10569
Marwan R. Daher (Admitted Pro Hac Vice)    SNELL & WILMER L.L.P.
2500 South Highland Avenue                 3883 Howard Hughes Parkway, Suite 1100
Suite 200                                  Las Vegas, Nevada 89169
Lombard, Illinois 60148                    Telephone: 702.784.5200
Telephone: 630-575-8181                    Facsimile: 702.784.5252
Facsimile: 630-575-8188                    Email: kdove@swlaw.com
E-Mail: mdaher@sulaimanlaw.com
Attorney for the Plaintiff                 Attorneys for Defendant Ford Motor Credit Company LLC

## **CERTIFICATE OF SERVICE**

I hereby certify that I today caused a copy of the foregoing document to be electronically filed with the Clerk of Court using the CM/ECF system which will be sent to all attorneys of record.

*/s/ Marwan R. Daher*

3