**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEVADA**

| THOMAS K. KNIGHT, | Case No. 3:19-cv-00708 |
|---|---|
| Plaintiff, | |
| v. | **ORDER OF DISMISSAL** |
| FORD MOTOR CREDIT COMPANY, LLC, | |
| Defendant. | |

IT IS HEREBY STIPULATED AND AGREED by and between the Plaintiff, THOMAS K. KNIGHT, and the Defendant, FORD MOTOR CREDIT COMPANY, LLC, through their respective counsel that the above-captioned action is dismissed, with prejudice, pursuant to Federal Rule of Civil Procedure 41. Each party shall bear its own costs and attorney fees.

**IT IS SO ORDERED.**

_____
ROBERT C. JONES
UNITED STATES DISTRICT JUDGE

DATE:  October 28, 2021.

1